# Goalie



Reid Brandborg
Phone: (612) 367-7401
Email: brandborglaw@gmail.com
Website: www.goalieip.com

## Subject: DMCA Takedown Notice - Unauthorized Use of Copyrighted Content

To: TikTok
Attn: DMCA Agent
Email: copyright@tiktok.com

August 5, 2025

Dear DMCA Agent,

I am an authorized representative of the owner of certain copyrighted material that has been posted on your platform without authorization. This letter is a formal notification under the Digital Millennium Copyright Act (17 U.S.C. § 512) requesting that you expeditiously remove or disable access to the infringing material described below.

**1. Description of the copyrighted work:**
Video produced by Safety Vid News LLC, D/B/A Midwest Safety, titled "Mom Left Her 6 Kids to Cook Alive" and posted to their YouTube channel here: `https://www.youtube.com/watch?v=EAcMD97JUX4&t=23s`

**2. Description of the infringing material:**
Videos posted to the account of "mathildarice25" titled:
Cops Make Disturbing Discovery of 6 Abandoned Kids.P1
Cops Make Disturbing Discovery of 6 Abandoned Kids.P2
Cops Make Disturbing Discovery of 6 Abandoned Kids.P3
Cops Make Disturbing Discovery of 6 Abandoned Kids.P4
Cops Make Disturbing Discovery of 6 Abandoned Kids.P5
Cops Make Disturbing Discovery of 6 Abandoned Kids.P6

**3. Location of the infringing material:**
`https://www.tiktok.com/@mathildarice25/video/7524926250532572471`
`https://www.tiktok.com/@mathildarice25/video/7524926432468897079`
`https://www.tiktok.com/@mathildarice25/video/7524926738195926285`
`https://www.tiktok.com/@mathildarice25/video/7524926970749127949`
`https://www.tiktok.com/@mathildarice25/video/7524927109047897357`
`https://www.tiktok.com/@mathildarice25/video/7524927228090600718`

**Goalie** — Reid Brandborg                                    brandborglaw@gmail.com

**4. Statement of good faith belief:**
I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

**5. Statement under penalty of perjury:**
I swear, under penalty of perjury, that the information in this notice is accurate and that I am authorized to act on behalf of the owner of the exclusive rights that are allegedly infringed.

**6. Contact information:**
Name: Reid Brandborg
Phone: (612) 367-7401
Email: brandborglaw@gmail.com

Sincerely,


/s/ Reid Brandborg